Michael Yancey III, NV # 16158
**CONSUMER ATTORNEYS**
2300 West Sahara Avenue, Suite 800
Las Vegas, NV 89102
P: (480) 573-9272
F: (718) 715-1750
E: myancey@consumerattorneys.com

*Attorneys for Plaintiff*
*Lisa Dittmar*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| LISA DITTMAR,<br><br>                    Plaintiff<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; and TRANS UNION LLC,<br><br>                    Defendants | Case No.: 2:22-cv-01804-CDS-MDC<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), plaintiff Lisa Dittmar ("Plaintiff"), and Defendant Experian Information Solutions, Inc. ("Experian"), by and through their counsel of record, hereby stipulate that this action and all claims asserted therein be dismissed with prejudice as to defendant Experian. Plaintiff and Experian have agreed that all attorneys' fees and costs are to be paid as outlined in the settlement agreement and release. There are no remaining defendants in this matter.

Stipulated to by:

Date: January 29, 2024

By: */s/ Michael Yancey*
Michael Yancey III, NV # 16158
**CONSUMER ATTORNEYS**
2300 West Sahara Avenue, Suite 800
Las Vegas, NV 89102
P: (480) 573-9272
F: (718) 715-1750
E: myancey@consumerattorneys.com

Consumer Attorneys
8245 N 85th Way
Scottsdale, AZ 85258

*Attorneys for Plaintiff*
*Lisa Dittmar*

Date: January 29, 2024

By: */s/Cheryl O'Connor*
Cheryl O'Connor NV Bar No. 14745
JONES DAY
3161 Michelson Dr., Suite 800
Irvine, CA 92612
T: (949) 851-3939
E: coconnor@jonesday.com
*Attorneys for Defendant*
*Experian Information Solutions, Inc.*

Based on the parties' stipulation, defendant Experian Information Solutions, Inc. is dismissed with prejudice, with costs and fees paid as outlined in the settlement agreement and release. The Clerk of Court is kindly instructed to close this case. IT IS ORDERED.

_____
Cristina D. Silva
United States District Judge

Dated: January 29, 2024